DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBYN RILEY,**
Appellant,

v.

**JOSE R. SOLANO, et al.,**
Appellee.

No. 4D19-642

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE 18-3060.

Judith A. Homko, Fort Lauderdale, for appellant.

Steven J. Polhemus of Steven J. Polhemus, P.A., LaBelle, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***